UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DOUGLAS C. LONG, et al.,

                    Plaintiffs,

vs.                                                  Case No. 8:06-CV-2384-T-27TGW

SPORTS44.COM, INC., et al.

                    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge recommending that Defendant J. Brett Smith's Motion to Dismiss for Lack of Personal Jurisdiction and/or Improper Venue (Dkt. 7) be denied (Dkt. 22). No party has filed written objections to the Report and Recommendation, and the time for doing so has expired.

After careful consideration of Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED**:

    1)    The Report and Recommendation (Dkt. 22) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

    2)    Defendant J. Brett Smith's Motion to Dismiss for Lack of Personal Jurisdiction and/or Improper Venue (Dkt. 7) is **DENIED**.

    **DONE AND ORDERED** in Tampa, Florida, on this 18th day of October, 2007

                                                        JAMES D. WHITTEMORE
                                                        United States District Judge

Copies to:
Counsel of Record